IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

KENNETH LEE MANHARD,

    Petitioner,

v.                                                  Case No. 5:25-cv-85-AW-ZCB

RICKY D. DIXON,

    Respondent.

_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Petitioner Kenneth Lee Manhard is serving a 29-year sentence for DUI manslaughter and leaving the scene of a crash involving death. He filed a *pro se* § 2254 petition. The state responded, and the magistrate judge—in a thorough and comprehensive report and recommendation—concluded the court should deny relief. ECF No. 17. Manhard has not filed any objection to the report and recommendation, and his deadline for doing so has passed.

After a careful review, I agree with the magistrate judge. I now adopt the report and recommendation and incorporate it into this order. The clerk will enter a judgment that says, "The § 2254 petition is denied." A certificate of appealability is DENIED. The clerk will close the file.

SO ORDERED on February 2, 2026.

                                                    s/ *Allen Winsor*
                                                    Chief United States District Judge